# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| Susan S. Vongslay, et al.<br>*Plaintiff(s)*<br>v.<br>Church & Dwight Co., Inc.<br>*Defendant(s)* | )<br>)<br>) Case Number: 3:11-cv-00401-JPG-DGW<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for     Church & Dwight Co., Inc.

DATED: June 9, 2011

/s/ Clark W. Hedger
Signature

Clark W. Hedger
Name

10 S. Broadway, Suite 2000,
Address    St. Louis, MO 63102

314-241-9090
Phone Number

314-345-5488
Fax Number

ch1@greensfelder.com
E-Mail Address

Rev. 2/11