# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| Susan S. Vongslay, et al. | ) | | |
|---|---|---|---|
| *Plaintiff(s)* | ) | | |
| v. | ) | Case Number: | 3:11-cv-00401-JPG-DGW |
| Church & Dwight Co., Inc. | ) | | |
| *Defendant(s)* | ) | | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Church & Dwight Co., Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of Missouri. The state and federal bar numbers issued to me are: 37916 (MO) & 37916MO (ED MO).

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

| | |
|---|---|
| Signed on: Jun 9, 2011 | /s/ Edward M. Goldenhersh |
| Date | Signature of Movant |
| | |
| 10 South Broadway, Suite 2000 | Edward M. Goldenhersh |
| Street Address | Printed Name |
| | |
| St. Louis, MO 63102 | |
| City, State, Zip | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2011, I electronically filed Motion for Pro Hac Vice Admission with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

/s/ Edward M. Goldenhersh
Edward M. Goldenhersh