UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SUSIE S. VONGSLAY and CHRISTINE A. BUSHMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CHURCH & DWIGHT CO., INC.,<br><br>　　　　　Defendant. | Cause No. 03:11-cv-00401-JPG-DGW |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT**

COMES NOW Church & Dwight Co., Inc., by and through its undersigned attorneys, and for its Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' Class Action Complaint, respectfully states to the Court as follows:

1.　　Plaintiffs filed their Class Action Complaint on May 12, 2011.

2.　　Church & Dwight Co., Inc.'s ("Church & Dwight") Answer or other response to Plaintiffs' Class Action Complaint is due on June 13, 2011.

3.　　Church & Dwight anticipates filing a motion or other responsive pleading to Plaintiffs' Class Action Complaint.

4.　　In view of the complexity of the claims presented in the Class Action Complaint, which involve common law claims and Illinois and Missouri statutory claims, Church & Dwight respectfully requests that it be granted a 45-day extension of time to answer or otherwise respond to Plaintiffs' Class Action Complaint. If the Court grants this Consent Motion, Church & Dwight's motion or other responsive pleading would be due on or before July 28, 2011.

5.　　Plaintiffs' counsel has consented to this request.

6.	Granting Church & Dwight the requested extension will not unfairly prejudice the Plaintiffs or unduly delay the resolution of these proceedings.

WHEREFORE, in light of the above, Defendant, Church & Dwight Co., Inc., respectfully requests a 45-day extension of time through and including July 28, 2011, to file a motion or other responsive pleading to the Class Action Complaint.

>	GREENSFELDER, HEMKER & GALE, P.C.
>
>	By:	/s Clark W. Hedger
>	Edward M. Goldenhersh (pro hac vice pending)
>	emg@greensfelder.com
>	John E. Petite (pro hac vice pending)
>	jep@greensfelder.com
>	Clark W. Hedger
>	ch1@greensfelder.com
>	10 S. Broadway, Suite 2000
>	St. Louis, MO  63102
>	Telephone:  (314) 241-9090
>	Facsimile:  (314) 345-5488
>
>	***Attorneys for Defendant Church & Dwight Co. Inc.,***

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF to be served by operation of the Court's electronic filing system upon the following:

James G. Onder
Mark R. Niemeyer
Michael S. Kruse
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
*Attorneys for Plaintiffs*

                                      s/ Clark W. Hedger