# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| Susan S. Vongslay, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: 3:11-cv-00401-JPG-DGW |
| Church & Dwight Co., Inc. | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Church & Dwight Co., Inc.

DATED:    June 10, 2011

 /s/ Edward M. Goldenhersh
Signature

 Edward M. Goldenhersh
Name

 10 S. Broadway, Suite 2000,
Address    St. Louis, MO 63102

 314-241-9090
Phone Number

 314-345-5488
Fax Number

 emg@greensfelder.com
E-Mail Address

Rev. 2/11

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed Entry of Appearance with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

/s/ Edward M. Goldenhersh
Edward M. Goldenhersh