# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

Susan S. Vongslay, et al. )
*Plaintiff(s)* )
v. ) Case Number: 3:11-cv-00401-JPG-DGW
Church & Dwight Co., Inc. )
*Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Church & Dwight Co., Inc.

DATED:  June 10, 2011

/s/ John Petite
Signature

John Petite
Name

10 S. Broadway, Suite 2000,
Address   St. Louis, MO 63102

314-241-9090
Phone Number

314-345-5488
Fax Number

jep@greensfelder.com
E-Mail Address

Rev. 2/11

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2011, I electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

/s/ John Petite
John Petite