AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:11-cv-00401-JPG-DGW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Church & Dwight Co., Inc.
was received by me on *(date)* 05/23/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Frances Burris, Managing Agent , who is designated by law to accept service of process on behalf of *(name of organization)* Church & Dwight Co., Inc. at National Registered Agents, Inc., Registered Agent on *(date)* 05/23/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/24/2011

*Server's signature*

Richard Torpey, Process Server
*Printed name and title*

Delaware Attorney Services
3516-16 Silverside Road
Wilmington, DE 19810 (302) 429-0657
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 5/23/011 at 1:20 PM, at National Registered Agents, Inc., 160 Greentree Dr., # 101, Dover, DE 19904.

Documents Served: Summons and Class Action Complaint with Jury Trail Demanded