# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| SUSIE S. VONGSLAY ET AL. | ) | |
|---|---|---|
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number:   3:11-cv-00401-JPG-DGW |
| CHURCH & DWIGHT CO., INC. | ) | |
| *Defendant(s)* | ) | |

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Church & Dwight Co., Inc.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of NEW YORK. The state and federal bar numbers issued to me are: 3017811.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: 7/5/11
Date

Proskauer Rose LLP
11 Times Square
Street Address

New York, New York   10036
City, State, Zip

Signature of Movant: *Baldassare Vinti*

Baldassare Vinti
Printed Name

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2011, I electronically filed Motion for Pro Hac Vice Admission with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

                                                /s/ Baldassare Vinti
                                                Baldassare Vinti