# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | | |
|---|---|---|
| SUSIE S. VONGSLAY ET AL. | ) | |
| *Plaintiff(s)* | ) | |
| v | ) | Case Number: 3:11-cv-00401-JPG-DGW |
| CHURCH & DWIGHT CO., INC. | ) | |
| *Defendant(s)* | ) | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Church & Dwight Co., Inc.

DATED: July 6, 2011

_____
Signature

Richard M. Goldstein_____
Name
 Proskauer Rose LLP
11 Times Square NY, NY 10036___
Address

212.969.3000_____
Phone Number

212.969.3000_____
Fax Number

rgoldstein@proskauer.com_____
E-Mail Address

Rev  2/11

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2011, I electronically filed Entry of Appearance with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com


/s/ Richard M. Goldstein
Richard M. Goldstein