# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| SUSIE S. VONGSLAY ET AL. <br> *Plaintiff(s)* <br> v. <br> CHURCH & DWIGHT CO., INC. <br> *Defendant(s)* | ) ) ) ) ) )  Case Number: 3:11-cv-00401-JPG-DGW |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Church & Dwight Co., Inc.

DATED: July 5, 2011

_____
Signature

Lawrence Ira Weinstein
Name

Proskauer Rose LLP
11 Times Square NY, NY 10036
Address

212.969.3000
Phone Number

212.969.3000
Fax Number

lweinstein@proskauer.com
E-Mail Address

Rev  2/11

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

/s/ Lawrence Ira Weinstein
Lawrence Ira Weinstein