# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| SUSIE S. VONGSLAY ET AL. )<br>*Plaintiff(s)* )<br>v. )<br>CHURCH & DWIGHT CO., INC. )<br>*Defendant(s)* ) | Case Number: 3:11-cv-00401-JPG-DGW |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Church & Dwight Co., Inc.


DATED: July 5, 2011

*Baldassare Vinti*
Signature

Baldassare Vinti
Name

Proskauer Rose LLP
11 Times Square NY, NY 10036
Address

212.969.3000
Phone Number

212.969.2900
Fax Number

bvinti@proskauer.com
E-Mail Address

Rev. 2/11

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2011, I electronically filed Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael S. Kruse**
  kruse@onderlaw.com,eagan@onderlaw.com,dix@onderlaw.com

- **Mark R. Niemeyer**
  niemeyer@onderlaw.com

- **James G. Onder**
  onder@onderlaw.com,corrigan@onderlaw.com

/s/ Baldassare Vinti
Baldassare Vinti