UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SUSIE S. VONGSLAY and CHRISTINE A. BUSHMAN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:11-cv-00401-JPG-DGW |
| v. | ) ) ) | |
| CHURCH & DWIGHT CO., INC., | ) ) | |
| Defendant. | | |

## DEFENDANT CHURCH & DWIGHT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)

Comes now Defendant Church & Dwight, Co., Inc. ("Church & Dwight") by and through its attorneys, Greensfelder, Hemker & Gale, P.C., and Proskauer Rose LLP, and for its Motion to Dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully states to the Court as follows:

1. In their Complaint, Plaintiffs assert state law claims for fraudulent omission, negligent representation, unjust enrichment, and violations of the Illinois Consumer Fraud and Deceptive Practices Act, 815 ILCS 505/1 et seq. ("ICFDPA"), and the Missouri Merchandising Practices Act, RSMo, §§ 407.010, et seq.  Put simply, Plaintiffs allege that Church & Dwight's product labeling on two of its over-the-counter teething medicines, sold throughout the United States, is false because it does not disclose the supposed "fact" that benzocaine, an active ingredient in Baby Orajel Pain Medicine and Baby Orajel Nighttime Formula, can create the risk of methemoglobinemia, a condition where the oxygen level in the blood is reduced.

2. This Court should dismiss this case on the ground of primary jurisdiction because

the United States Food and Drug Administration ("FDA"), which is tasked by Congress with determining the labeling of non-prescription over-the-counter drugs due to its special expertise in that field, is actively considering the safety of benzocaine. A decision in this case could be inconsistent with the ultimate determination of the FDA. The established doctrine of primary jurisdiction requires dismissal under the circumstances.

3. This Court should also dismiss the Complaint because Plaintiffs' claims are expressly preempted by the express preemption provision applicable to over-the-counter drugs of the federal Food, Drug & Cosmetic Act § 379r(a) and by two FDA Tentative Final Monographs establishing the labeling requirements for over-the-counter oral health care products, including those containing benzocaine. Defendant, at all times, has followed, and is compliant with, FDA labeling requirements with respect to these two products.

4. This Court should also dismiss Plaintiffs' Complaint because Plaintiff's claims fail to meet the pleading requirements of Federal Rules of Civil Procedure 8(a) and 9(b).

5. For these reasons, and the reasons set forth in Church & Dwight's Memorandum of Law in Support of this Motion, which Church & Dwight explicitly incorporates in its entirety by reference herein, Church & Dwight respectfully request that the Court dismiss this case under the doctrine of primary jurisdiction, for lack of subject matter jurisdiction, and/or for failure to state a claim.

                                          Respectfully submitted,

Dated: July 28, 2011                   GREENSFELDER, HEMKER & GALE, P.C.

                                          By\_\_\_\_/s Clark W. Hedger_____
                                               Edward M. Goldenhersh
                                               emg@greensfelder.com

        John E. Petite
jep@greensfelder.com
Clark W. Hedger
ch1@greensfelder.com
10 South Broadway, Suite 2000
St. Louis, MO  63102
Tel.: (314) 241-9090
Fax: (314) 241-4245

Richard M. Goldstein*
Lawrence I. Weinstein*
Michael T. Mervis*
Baldassare Vinti*
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
*Admitted *pro hac vice*

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on July 28, 2011 a true and accurate copy of the foregoing was electronically served by operation of the Court's electronic filing system upon the following:

James G. Onder  (onder@onderlaw.com)
Mark R. Niemeyer (niemeyer@onderlaw.com)
Michael S. Kruse (kruse@onderlaw.com)
Onder, Shelton, O'Leary & Peterson, LLC
110 East Lockwood Avenue
St. Louis, MO 63119
Tel.: (314) 963-9000
Fax: (314) 963-1700


                                                   /s Clark W. Hedger_____