UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| SUSIE S. VONGSLAY and CHRISTINE A. BUSHMAN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 3:11-cv-00401-JPG-DGW |
| v. | ) ) ) | |
| CHURCH & DWIGHT CO., INC., | ) ) | |
| Defendant. | | |

**DEFENDANT'S MOTION FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS**

Defendant, Church & Dwight Co., Inc., by and through its undersigned attorneys and pursuant to Local Rule 7.1(h) hereby requests oral argument regarding Defendant's Motion to Dismiss that currently is pending before the Court at Document Number 28. In support of its Motion for Oral Argument, Defendant respectfully states as follows:

1. Plaintiffs have brought this action on behalf of themselves and members of a purported class of individuals.

2. Defendant in this action has moved to dismiss and has filed a brief in support of its motion.

3. Defendant believes that the Court would benefit from oral argument on Defendant's motion in view of the complexity of the issues presented by the Class Action Complaint.

4. Defendant also believes that the Court would benefit from oral argument to clarify the scope of the claims being asserted by Plaintiffs as Defendant believes Plaintiffs' claims fall under the primary jurisdiction of the United States Food and Drug Administration

and are preempted by the express preemption provision of the Federal Food, Drug, and Cosmetic Act applicable to non-prescription, over-the-counter drugs.

WHEREFORE, Defendant respectfully requests that this Court grant its Motion for Oral Argument on Defendant's Motion to Dismiss, schedule Defendant's Motion for Oral Argument, and provide further relief as this Court deems just and proper under the circumstances.

Respectfully submitted,

Dated: July 28, 2011                    GREENSFELDER, HEMKER & GALE, P.C.


By     /s Clark W. Hedger
       Edward M. Goldenhersh
       emg@greensfelder.com
       John E. Petite
       jep@greensfelder.com
       Clark W. Hedger
       ch1@greensfelder.com
       10 South Broadway, Suite 2000
       St. Louis, MO  63102
       Tel.: (314) 241-9090
       Fax: (314) 241-4245


       Richard M. Goldstein*
       Lawrence I. Weinstein*
       Michael T. Mervis*
       Baldassare Vinti*
       Proskauer Rose LLP
       Eleven Times Square
       New York, NY 10036-8299
       Tel.: (212) 969-3000
       Fax: (212) 969-2900
       *Admitted *pro hac vice*

       *Attorneys for Defendant
       Church & Dwight Co., Inc.*

2

3

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on July 28, 2011 a true and accurate copy of the foregoing was electronically served by operation of the Court's electronic filing system upon the following:

James G. Onder  (onder@onderlaw.com)
Mark R. Niemeyer (niemeyer@onderlaw.com)
Michael S. Kruse (kruse@onderlaw.com)
Onder, Shelton, O'Leary & Peterson, LLC
110 East Lockwood Avenue
St. Louis, MO 63119
Tel.: (314) 963-9000
Fax: (314) 963-1700


                /s Clark W. Hedger_____