UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| SUSIE S. VONGSLAY and<br>CHRISTINE A. BUSHMAN, individually and<br>on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CHURCH & DWIGHT CO., INC.<br><br>Defendants. | Cause No.  3:11-cv-00401-JPG-DGW |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Come now Plaintiffs, pursuant to Rule 41 (a)(1)(A)(i) and voluntarily dismiss the above-referenced cause of action without prejudice, and with Plaintiffs to incur taxable court costs.

        Respectfully submitted,

        ONDER, SHELTON, O'LEARY &
        PETERSON, LLC

By:  /s/ Michael S. Kruse
      James G. Onder
      Mark R. Niemeyer
      Michael S. Kruse
      110 E. Lockwood, 2nd Floor
      St. Louis, MO 63119
      314-963-9000
      314-963-1700 (fax)
      niemeyer@onderlaw.com
      *Attorneys for Plaintiff*

Case 3:11-cv-00401-JPG -DGW   Document 33   Filed 08/31/11   Page 1 of 2   Page ID #249

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate copy of the foregoing was sent on August 31, 2011 via e-mail and U.S. Mail to the following:

Michael T. Mervis
Lawrence Ira Weinstein
Baldassare Vinti
PROSKAUER ROSE, LLP
11 Times Square
New York, NY  10036
mmervis@proskauer.com
lweinstein@proskauer.com
bvinti@proskauer.com

Edward M. Goldenhersh
John E. Petite
Clark W. Hedger
GREENSFELDER, HEMKER & GALE, P.C.
10 S. Broadway, Suite 2000
St. Louis, MO  63102
emg@greensfelder.com
jep@greensfelder.com
chl@greensfelder.com

*Attorneys for Defendant Chuch & Dwight Co., Inc.*

      /s/ Michael S. Kruse
      Michael S. Kruse